# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

ARTHUR COPELAND, *et al.*,

Appellants/Plaintiffs,

v.

C.A.A.I.R., INC., *et al.*,

Appellees/Defendants.

Appeal No. 21-5024

## APPELLANTS' *UNOPPOSED* MOTION TO EXTEND THE DEADLINE TO FILE THEIR REPLY BRIEF

COME NOW the Appellants/Plaintiffs Arthur Copeland, *et al.* ("Appellants"), by and through their counsel of record, and respectfully request the Court grant them a seven (7) day extension of time to file their Reply to Appellees' Response to Appellants' Opening Brief, or until September 27, 2021. In support of this Motion, Appellants state the following:

1. Appellants' filed their Opening Brief and Appendix on June 28, 2021. *See* Doc No. 010110541305.

2. Appellees filed their Response to Appellants' Opening Brief on August 27, 2021. *See* Doc. No. 010110568100.

3. The current deadline for Appellants to file their Reply Brief is September 20, 2021. *See* Doc. No. 10853849.

1

4. To date, the undersigned has done substantial work on the Reply Brief, but additional time is needed to complete the task.

5. The undersigned has confronted several competing deadlines and events -- in other matters -- that have taken time away from preparation of the Reply Brief. These include, *inter alia*: (A) a response to the defendant/appellant's petition for rehearing *en banc* in *Morgan, et al. v. Osterhout*, Case No. 20-7015 (10th Cir. 2020) that is due on September 17, 2021; (B) an oral argument before this Court on September 20, 2021 in *Prince v. Sheriff of Carter County, et al.*, Case No. 20-7056 (10th Cir. 2020); (C) responses to defendants' motions to dismiss in *Buck v. Rhoades, et al.*, Case No. 21-CV-295-CVE-SH (N.D. Okla. 2021) filed on September 3 and September 13, 2021, respectively; (D) a hearing regarding a defendant's motion to quash in *In re: Matter of the Estate of Ty Rutledge, Deceased*, Case No. PB-2020-537 (Tulsa County District Court) that took place on September 17, 2021; and (E) Appellants' Response in Opposition to "Motion for Leave to File *Amici Curiae* Brief of Three CAAIR Graduates" in the case at bar, which was filed on September 14, 2021.

6. Counsel for Appellants has discussed the need for a seven (7) day extension with counsel for Appellees. The undersigned is authorized to report that Appellees are unopposed to the requested extension.

7. This is Appellants' first request for an extension of the deadline.

8. This Motion is made in good faith and not for the purpose of delay.

WHEREFORE, premises considered, the Appellants respectfully request that this Court enter an Order extending the deadline for Appellants to file their Reply Brief from the current due date of September 20, 2021 to September 27, 2021.

Respectfully submitted by:

/s/Robert M. Blakemore
Daniel Smolen, OBA #19943
Robert M. Blakemore, OBA #18656
SMOLEN, & ROYTMAN
701 South Cincinnati Avenue
Tulsa, Oklahoma 74119
Telephone (918) 585-2667
Facsimile (918) 585-2669

***Attorneys for Appellants***

### CERTIFICATE OF DIGITAL SUBMISSION

The undersigned hereby certifies that this filing as submitted in Digital Form is an exact copy of the written document filed with the Clerk, that no privacy redactions were required and the digital submission has been scanned for viruses with AVG Anti-Virus Free Edition Software Version, and is free from viruses.

/s/ Robert M. Blakemore

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 17, 2021, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants who have entered an appearance in this action.

/s/Robert M. Blakemore